# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

KEITH ALEXANDER,

          Petitioner

          v.

CITY OF PHILADELPHIA ET, AL.,

          Respondents

: No. 666 EAL 2015
:
:
:
: Petition for Allowance of Appeal from
: the Order of the Commonwealth Court
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 20th day of April, 2016, the Petition for Allowance of Appeal is **DENIED**.